## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF KENTUCKY
## NORTHERN DIVISION
## AT COVINGTON

CIVIL ACTION NO. 18-85-CJS

UNITED STATES OF AMERICA                                                                    PLAINTIFF

v.                                                         **ORDER**

KARNAIL SINGH
aka KARNAIL SINGH DHILLON                                                          DEFENDANT

**\* \* \* \* \* \* \* \* \* \***

This matter is before the Court on the Joint Motion For Stay of Discovery (R. 50), wherein the parties request a stay of discovery pending a decision on the petition for writ of error *coram nobis* filed by Defendant in Eastern District of Michigan case no. 2:13-cr-20551-DML-RSW. The parties propose that they then be given a four-month period for discovery once the stay in the within action has been lifted. Upon consideration of the Joint Motion; the Court being sufficiently advised; accordingly, **IT IS ORDERED** that

    1)    the Joint Motion For Stay of Discovery (R. 50) is hereby **GRANTED;**

    2)    the discovery (*see* R. 49) and other unexpired case schedule deadlines (*see* R. 33) are hereby **VACATED** and this case is hereby **STAYED** pending further order; and

    3)    within **ten (10) days** after a decision on Defendant's petition for writ of error *coram nobis* is issued, the parties shall file a joint status report with this Court informing of that decision and proposing appropriate next steps to advance this case.

Dated this 27th day of April, 2020.



Signed By:
*Candace J. Smith*
United States Magistrate Judge